UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL ACTION NO. 07-39 (WOB)**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**VS.**                            **MEMORANDUM OPINION AND ORDER**

**WILLIAM J. GALLION, ET AL.**                                                **DEFENDANTS**

This matter is before the court on Defendant Cunningham's Motion to Withdraw Attachment B to his Notice of Appeal (Doc. #93).

Defendant Cunningham states that he inadvertently attached to his notice of appeal a portion of the transcript of the September 10, 2007, detention hearing which was closed to the public on the grounds that it addressed confidential information obtained during pretrial services' investigation conducted for the purposes of a bail determination. *See* 18 U.S.C. § 3153(c)(2). This information should therefore not have been made public through the filing of the notice of appeal.

Therefore, having reviewed this matter, and the court being otherwise sufficiently advised,

**IT IS ORDERED** that Defendant Cunningham's Motion to Withdraw Attachment B to his Notice of Appeal (Doc. #93) be, and is hereby, **GRANTED.** The clerk of court is **ORDERED** to seal the transcript of the September 10, 2007 hearing that was attached to

defendant Cunningham's Notice of Appeal (Doc. #91).  Defendant Cunningham may then file a redacted version of that transcript which includes only the public portions of that hearing.  Any person other than counsel for the government or defendants who received a copy of the transcript originally filed with Cunningham's Notice of Appeal is **ORDERED** to return the same to the clerk of court with certification that they have neither disseminated or retained copies of the same in any form.

This 25th day of September, 2007.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge